BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:01-CR-00469 JAM |
|---|---|
| Plaintiff, | **AMENDED ORDER DISMISSING INDICTMENT** |
| v. | |
| ASHOT TER STEPANYAN, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **ASHOT TER STEPANYAN** is hereby DISMISSED, and any outstanding arrest warrant is recalled.

Dated: 7/8/2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE